LISSA M. BARNETT, Respondent, *v.* THE VAUGHAN INSTITUTE, Appellant.

*Barnett* v. *Vaughan Institute,* 134 App. Div. 921, affirmed.
(Argued December 13, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an injunction to restrain the defendant from using certain premises as a sanitarium or hospital in alleged violation of a restrictive covenant.

*George T. Hogg* for appellant.

*George B. Covington* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Absent: WERNER, J.

---

DORA E. ENDRESS, Appellant, *v.* LORIN G. WILLEY et al., Individually and as Executors of CHARLES B. WILLEY, Deceased, et al., Respondents.

*Endress* v. *Willey,* 122 App. Div. 110, affirmed.
(Argued December 13, 1909 ; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 16, 1907, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury in an action to construe a will.

*Joseph W. Middlebrook* and *Clare A. Pickard* for appellant.

*George Clinton* and *B. G. Foss* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Absent: WERNER, J.